**Ricson TAMPUBOLON, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 08–70089.

United States Court of Appeals, Ninth Circuit.

Submitted June 29, 2010.*

Filed July 9, 2010.

Maile Marie Hirota, Hirota & Associates, Honolulu, HI, for Petitioner.

Douglas E. Ginsburg, Senior Litigation Counsel, U.S. Department of Justice, Washington, DC, Ronald E. Lefevre, Office of the District Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: ALARCÓN, LEAVY, and GRABER, Circuit Judges.

MEMORANDUM **

Ricson Tampubolon, a native and citizen of Indonesia, petitions for review of the Board of Immigration Appeals' ("BIA") order denying his motion to reopen removal proceedings. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reopen, *Reyes v. Ashcroft,* 358 F.3d 592, 595 (9th

Cir.2004), and we review de novo claims of due process violations in immigration proceedings, *Lata v. INS,* 204 F.3d 1241, 1244 (9th Cir.2000). We deny the petition for review.

The BIA properly concluded that Tampubolon failed to establish ineffective assistance of counsel, because his attorney's decision to withdraw his application for asylum constituted a tactical decision. *See Magallanes–Damian v. INS,* 783 F.2d 931, 934 (9th Cir.1986). Tampubolon has not established prejudice to support his due process claim. *See Lata,* 204 F.3d at 1246.

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

